1 | DANIEL M. HAYES (SBN 240250)
      dmh@msk.com
2 | MICHAEL E. CHAIT (SBN 246419)
      mxc@msk.com
3 | GILBERT S. LEE (SBN 267247)
      gsl@msk.com
4 | MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
5 | Los Angeles, California 90064-1683
    Telephone: (310) 312-2000
6 | Facsimile:  (310) 312-3100

7 | Attorneys for Defendant and Third-Party Plaintiff
    Matheson Tri-Gas, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA SERBANESCU-MARTIN and ANNA-THEODORA SERBANESCU-MARTIN,<br><br>        Plaintiffs,<br><br>    v.<br><br>MATHESON TRI-GAS, INC., a Delaware corporation; TAIYO NIPPON SANSO CORPORATION, a Japan Corporation; DOE MANUFACTURER-SUPPLIER; DOE SUPPLIER; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 3:14-CV-3862 WHA<br><br>Judge: Hon. William H. Alsup<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY ACTION** |
| MATHESON TRI-GAS, INC., a Delaware corporation,<br><br>        Third-Party Plaintiff,<br><br>    v.<br><br>MEMBRANE TECHNOLOGY AND RESEARCH, INC.; and DOES 101-200, inclusive,<br><br>        Third-Party Defendants. | |

1  **NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(c)(1) of the Federal Rules of
2  Civil Procedure, Third-Party Plaintiff Matheson Tri-Gas, Inc. voluntarily dismisses the above-
3  captioned third-party action, *Matheson Tri-Gas, Inc. v. Membrane Technology and Research, Inc.,*
4  *et al.*, without prejudice.

DATED:  November 14, 2014         DANIEL M. HAYES
                                  MICHAEL E. CHAIT
                                  GILBERT S. LEE
                                  MITCHELL SILBERBERG & KNUPP LLP


                                  By: /s/ Daniel M. Hayes
                                      Daniel M. Hayes
                                      Attorneys for Defendant and Third-Party
                                      Plaintiff Matheson Tri-Gas, Inc.

Mitchell
Silberberg &
Knupp LLP

6503464.2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is [email address].

    On November 17, 2014, I served a copy of the foregoing document(s) described as **NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY ACTION** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Peter L. Garchie  
Lewis, Brisbois Bisgaard & Smith LLP  
701 B Street, Suite 1900  
San Diego, CA 92101

*Attorney for Third Party Defendant Membrane Technology and Research, Inc.*

☑ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT DELIVERY**: I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with [Name of Carrier] in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY PERSONAL DELIVERY**: I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by [Name of Person] of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically at _____ [a.m./p.m.] on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

    Executed on November 17, 2014, at Los Angeles, California.

_____  
Monica Bowdre