1  CHARLES A. DYER (SBN 47718)
     cdyer@dyer-white.com
2  RAND N. WHITE (SBN 73142)
     rand@dyer-white.com
3  DYER & WHITE LLP
   800 Oak Grove, Suite 200
4  Menlo Park, California 94025
   (650) 325-7000 Telephone
5  (650) 325-3116 Facsimile

6  Attorneys for Plaintiffs Livia Serbanescu-Martin and
   Anna-Theodora Serbanescu-Martin
7
   DANIEL M. HAYES (SBN 240250)
8    dmh@msk.com
   MICHAEL E. CHAIT (SBN 246419)
9    mxc@msk.com
   GILBERT S. LEE (SBN 267247)
10   gsl@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
11 11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
12 Telephone: (310) 312-2000
   Facsimile:  (310) 312-3100
13
   Attorneys for Defendant Matheson Tri-Gas, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA SERBANESCU-MARTIN and ANNA-THEODORA SERBANESCU-MARTIN,<br><br>            Plaintiffs,<br><br>     v.<br><br>MATHESON TRI-GAS, INC., a Delaware corporation; TAIYO NIPPON SANSO CORPORATION, a Japan Corporation; DOE MANUFACTURER-SUPPLIER; DOE SUPPLIER; and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 3:14-CV-3862 WHA<br><br>Judge:  Hon. William H. Alsup<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1    **IT IS HEREBY STIPULATED**, by and between Plaintiffs Livia Serbanescu-Martin and Anna-Theodora Serbanescu-Martin, on the one hand, and Defendant Matheson Tri-Gas, Inc. (the only defendant that has appeared), on the other hand, through their designated counsel, that the above-captioned action, Case No. 3:14-cv-3862 WHA, be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each of the parties to this stipulation shall bear her/its own costs incurred to date in the above-captioned action.

DATED:  November 14, 2014            CHARLES A. DYER
                                     RAND N. WHITE
                                     DYER & WHITE LLP


                                     By: /s/ Charles A. Dyer
                                         Charles A. Dyer
                                         Attorneys for Plaintiffs Livia Serbanescu-Martin
                                         and Anna-Theodora Serbanescu-Martin

DATED:  November 14, 2014            DANIEL M. HAYES
                                     MICHAEL E. CHAIT
                                     GILBERT S. LEE
                                     MITCHELL SILBERBERG & KNUPP LLP


                                     By: /s/ Daniel M. Hayes
                                         Daniel M. Hayes
                                         Attorneys for Defendant Matheson Tri-Gas, Inc.

## ATTESTATION OF FILER

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that all parties have concurred in the filing of the foregoing stipulation.


                                     By: /s/ Daniel M. Hayes
                                         Daniel M. Hayes