CHARLES A. DYER (SBN 47718)
  cdyer@dyer-white.com
RAND N. WHITE (SBN 73142)
  rand@dyer-white.com
DYER & WHITE LLP
800 Oak Grove, Suite 200
Menlo Park, California 94025
(650) 325-7000 Telephone
(650) 325-3116 Facsimile

Attorneys for Plaintiffs Livia Serbanescu-Martin and Anna-Theodora Serbanescu-Martin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIA SERBANESCU-MARTIN and ANNA-THEODORA SERBANESCU-MARTIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>MATHESON TRI-GAS, INC., a Delaware corporation; TAIYO NIPPON SANSO CORPORATION, a Japan Corporation; DOE MANUFACTURER-SUPPLIER; DOE SUPPLIER; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 3:14-CV-3862 WHA<br><br>Judge: Hon. William H. Alsup<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF TAIYO NIPPON SANSO CORPORATION** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Livia Serbanescu-Martin and Anna-Theodora Serbanescu-Martin voluntarily dismiss Defendant Taiyo Nippon Sanso Corporation from the above-captioned action with prejudice.

DATED:  November 18, 2014        CHARLES A. DYER
                                 RAND N. WHITE
                                 DYER & WHITE LLP


                                 By: /s/ Charles A. Dyer
                                     Charles A. Dyer
                                     Attorneys for Plaintiffs Livia Serbanescu-Martin
                                     and Anna-Theodora Serbanescu-Martin

## ATTESTATION OF FILER

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that all parties have concurred in the filing of the foregoing stipulation.

                                 By: /s/ Daniel M. Hayes
                                     Daniel M. Hayes